**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1779**

---

EUGENE ROBERT ZARWELL,

                              Plaintiff - Appellant,

       versus

KING & NORDLINGER,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (1:05-cv-01938-WMN)

---

Submitted:  November 15, 2007       Decided:  November 20, 2007

---

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Eugene Robert Zarwell, Appellant Pro Se.  Lynn Perry Parker, KING
& NORDLINGER, LLP, Gaithersburg, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Robert Zarwell appeals the district court's orders dismissing his action filed under the federal Fair Debt Collection Practices Act and his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Zarwell v. King & Nordlinger, LLC</u>, No. 1:05-cv-01938-WMN (D. Md. June 6, 2006 & July 10, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>